# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED OCTOBER 17, 2019

## NO. 03-19-00090-CV

**Madeleine Connor, Appellant**

**v.**

**Hill Country Animal Hospital and Dr. James R. Holcomb, Appellees**

## APPEAL FROM COUNTY COURT AT LAW NO. 1 OF TRAVIS COUNTY
## BEFORE CHIEF JUSTICE ROSE, JUSTICES TRIANA AND SMITH
## AFFIRMED -- OPINION BY JUSTICE SMITH

This is an appeal from the judgment signed by the trial court on November 13, 2018. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the trial court's judgment. Therefore, the Court affirms the trial court's judgment. The appellant shall pay all costs relating to this appeal, both in this Court and in the court below.